**THE ROSEN LAW FIRM, P.A.**
Joshua Baker, Esq. (BBO #695561)
Laurence M. Rosen, Esq. (*pro hac vice* to be submitted)
Phillip Kim, Esq. (*pro hac vice* to be submitted)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jbaker@rosenlegal.com
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq. (*pro hac vice* to be submitted)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com

*Additional Counsel for Movant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS OLDROYD, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERVE THERAPEUTICS, INC.,  SEKAR KATHIRESAN, and ALLISON DORVAL,<br><br>Defendants. | **CASE No.: 1:24-cv-12218-AK**<br><br>**DECLARATION OF JOSHUA BAKER IN SUPPORT OF MOTION OF THOMAS OLDROYD TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>** |

The undersigned, under penalties of perjury under the laws of the United States of America,

declares as follows.

1

2

1. I am an attorney at The Rosen Law Firm, P.A. and admitted to practice in Massachusetts and before this Court. I submit this Declaration in support of Thomas Oldroyd ("Movant") Motion for Appointment as Lead Plaintiff and for Approval of Movant's Selection of Lead Counsel.

2. Attached hereto are true and accurate copies of the following exhibits:

Exhibit 1: PSLRA Early Notice;

Exhibit 2: PSLRA certification of Movant;

Exhibit 3: Movant's Loss Chart; and

Exhibit 4: The firm resume of The Rosen Law Firm, P.A.


Signed under penalties of perjury this 28th day of October 2024.


/s/ Joshua Baker
Joshua Baker, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on May 7th, 2024, a true and correct copy of the foregoing **DECLARATION OF JOSHUA BAKER IN SUPPORT OF MOTION OF THOMAS OLDROYD TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Joshua Baker