# Exhibit 3

**Verve Therapeutics, Inc. Loss Chart**
**between August 9, 2022 and April 1, 2024**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomas Oldroyd | 9/16/2022 | 100 | ($36.73) | ($3,673.00) | 9/27/2022 | 800 | $34.25 | $27,400.00 | | | | 6.161111111 |
| | 10/20/2022 | 1,000 | ($31.25) | ($31,250.00) | 12/13/2022 | 1,000 | $23.95 | $23,950.00 | | | | |
| | 10/28/2022 | 900 | ($36.75) | ($33,075.00) | 12/14/2022 | 1,000 | $22.70 | $22,700.00 | | | | |
| | 10/28/2022 | 100 | ($36.74) | ($3,674.00) | 12/14/2022 | 1,000 | $22.75 | $22,750.00 | | | | |
| | 10/31/2022 | 150 | ($38.50) | ($5,775.00) | 12/14/2022 | 1,000 | $22.60 | $22,600.00 | | | | |
| | 11/28/2022 | 1,000 | ($21.73) | ($21,730.00) | 12/14/2022 | 1,000 | $22.75 | $22,750.00 | | | | |
| | 11/28/2022 | 1,000 | ($21.79) | ($21,790.00) | 1/20/2023 | 100 | $21.61 | $2,161.00 | | | | |
| | 12/5/2022 | 350 | ($19.30) | ($6,755.00) | 1/20/2023 | 900 | $21.59 | $19,431.00 | | | | |
| | 12/5/2022 | 500 | ($19.50) | ($9,750.00) | 1/23/2023 | 1,000 | $21.90 | $21,900.00 | | | | |
| | 12/5/2022 | 100 | ($18.89) | ($1,889.00) | 1/23/2023 | 750 | $22.15 | $16,612.50 | | | | |
| | 12/5/2022 | 900 | ($18.81) | ($16,929.00) | 1/23/2023 | 100 | $22.16 | $2,216.00 | | | | |
| | 12/15/2022 | 1,000 | ($19.78) | ($19,780.00) | 1/23/2023 | 150 | $22.17 | $3,325.50 | | | | |
| | 12/15/2022 | 343 | ($19.83) | ($6,801.69) | 1/23/2023 | 1,000 | $22.30 | $22,300.00 | | | | |
| | 12/15/2022 | 657 | ($19.85) | ($13,041.45) | 1/23/2023 | 252 | $22.34 | $5,629.68 | | | | |
| | 12/15/2022 | 496 | ($20.55) | ($10,192.80) | 1/23/2023 | 748 | $22.33 | $16,702.84 | | | | |
| | 12/15/2022 | 74 | ($20.54) | ($1,519.96) | 1/24/2023 | 1,000 | $22.75 | $22,750.00 | | | | |
| | 12/15/2022 | 89 | ($20.60) | ($1,833.40) | 1/25/2023 | 25 | $22.01 | $550.25 | | | | |
| | 12/15/2022 | 282 | ($20.59) | ($5,806.38) | 1/25/2023 | 285 | $22.00 | $6,270.00 | | | | |
| | 12/15/2022 | 27 | ($20.57) | ($555.39) | 1/25/2023 | 1,690 | $21.99 | $37,163.10 | | | | |
| | 12/15/2022 | 32 | ($20.53) | ($656.96) | 1/27/2023 | 900 | $22.28 | $20,052.00 | | | | |
| | 12/15/2022 | 1,000 | ($21.10) | ($21,100.00) | 1/27/2023 | 1,000 | $22.27 | $22,270.00 | | | | |
| | 12/15/2022 | 40 | ($20.99) | ($839.60) | 1/31/2023 | 1,000 | $22.50 | $22,500.00 | | | | |
| | 12/15/2022 | 950 | ($21.00) | ($19,950.00) | 1/31/2023 | 1,000 | $22.63 | $22,630.00 | | | | |
| | 12/15/2022 | 10 | ($20.94) | ($209.40) | 1/31/2023 | 1,000 | $22.55 | $22,550.00 | | | | |
| | 12/15/2022 | 1,000 | ($21.00) | ($21,000.00) | 1/31/2023 | 1,000 | $22.45 | $22,450.00 | | | | |
| | 1/19/2023 | 985 | ($21.15) | ($20,832.75) | 2/1/2023 | 2,000 | $22.00 | $44,000.00 | | | | |
| | 1/19/2023 | 15 | ($21.14) | ($317.10) | 2/2/2023 | 90 | $23.70 | $2,133.00 | | | | |
| | 1/25/2023 | 200 | ($21.65) | ($4,330.00) | 2/3/2023 | 1,000 | $23.80 | $23,800.00 | | | | |
| | 1/25/2023 | 100 | ($21.65) | ($2,165.00) | 2/24/2023 | 800 | $18.87 | $15,096.00 | | | | |
| | 1/25/2023 | 200 | ($21.64) | ($4,328.00) | 2/24/2023 | 300 | $18.94 | $5,682.00 | | | | |
| | 1/25/2023 | 1,316 | ($21.67) | ($28,517.72) | 2/24/2023 | 395 | $18.94 | $7,481.30 | | | | |
| | 1/25/2023 | 84 | ($21.66) | ($1,819.44) | 2/24/2023 | 305 | $18.95 | $5,779.75 | | | | |
| | 1/25/2023 | 100 | ($21.63) | ($2,163.00) | 2/24/2023 | 700 | $18.94 | $13,258.00 | | | | |
| | 1/30/2023 | 1,000 | ($21.63) | ($21,630.00) | 5/19/2023 | 100 | $16.88 | $1,688.00 | | | | |
| | 1/30/2023 | 1,000 | ($21.65) | ($21,650.00) | 5/19/2023 | 300 | $16.92 | $5,076.00 | | | | |
| | 1/30/2023 | 1,000 | ($21.75) | ($21,750.00) | 5/19/2023 | 600 | $16.84 | $10,104.00 | | | | |
| | 1/30/2023 | 1,000 | ($21.75) | ($21,750.00) | 5/22/2023 | 100 | $17.00 | $1,700.00 | | | | |
| | 2/1/2023 | 331 | ($21.29) | ($7,046.99) | 5/22/2023 | 900 | $16.99 | $15,291.00 | | | | |
| | 2/1/2023 | 625 | ($21.28) | ($13,300.00) | | | | | | | | |
| | 2/1/2023 | 44 | ($21.26) | ($935.44) | | | | | | | | |
| | 2/1/2023 | 1,000 | ($21.00) | ($21,000.00) | | | | | | | | |
| | 2/3/2023 | 1,000 | ($23.70) | ($23,700.00) | | | | | | | | |
| | 2/6/2023 | 1,000 | ($22.35) | ($22,350.00) | | | | | | | | |
| | 2/6/2023 | 496 | ($22.40) | ($11,110.40) | | | | | | | | |
| | 2/6/2023 | 4 | ($22.25) | ($89.00) | | | | | | | | |
| | 2/6/2023 | 500 | ($22.37) | ($11,185.00) | | | | | | | | |
| | 2/7/2023 | 1,000 | ($22.10) | ($22,100.00) | | | | | | | | |
| | 2/7/2023 | 100 | ($22.05) | ($2,205.00) | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/7/2023 | 900 | ($22.07) | ($19,863.00) | | | | | |
| 2/8/2023 | 1,000 | ($21.90) | ($21,900.00) | | | | | |
| 2/24/2023 | 225 | ($18.70) | ($4,207.50) | | | | | |
| 2/24/2023 | 175 | ($18.69) | ($3,270.75) | | | | | |
| 2/24/2023 | 100 | ($18.70) | ($1,870.00) | | | | | |
| 2/24/2023 | 100 | ($18.69) | ($1,869.00) | | | | | |
| 2/24/2023 | 500 | ($18.67) | ($9,335.00) | | | | | |
| 2/24/2023 | 406 | ($18.65) | ($7,571.90) | | | | | |
| 2/24/2023 | 69 | ($18.64) | ($1,286.16) | | | | | |
| 2/24/2023 | 525 | ($18.64) | ($9,786.00) | | | | | |
| 2/24/2023 | 400 | ($18.70) | ($7,480.00) | | | | | |
| 5/19/2023 | 1,000 | ($16.16) | ($16,160.00) | | | | | |
| 5/24/2023 | 1,000 | ($16.29) | ($16,290.00) | | | | | |
| | 31,600 | | ($686,741.18) | 27,290 | $602,702.92 | 4,310 | $26,554.39 | ($57,483.87) |